# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA TELEPHONE COMPANY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALICE B. REYNOLDS, et al., <br><br> Defendant. | 1:23-cv-01143-BAM <br><br> ORDER GRANTING IN PART DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO SHORTEN TIME <br><br> (DOC. 18) <br><br> Hearing: September 22, 2023 at 10:00 AM |

    Two motions are pending before the Court in this matter. On August 1, 2023, Plaintiffs Sierra Telephone Company, Inc., and Sierra Tel Internet ("Plaintiffs") moved for a preliminary injunction. (Doc. 6.) Plaintiffs noticed that hearing for Friday, September 8, 2023. On August 22, Defendants Alice B. Reynolds, Karen Douglas, Darcie L. Houck, John Reynolds, and Genevieve Shiroma in their official capacity as Commissioners of the California Public Utilities Commission (collectively, "Defendants") filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 17.) In Defendants' motion to dismiss, as in their opposition to the preliminary injunction, Defendants argued that Plaintiffs had not shown that they are legally entitled to relief. (Docs. 15, 17.) Defendants' motion to dismiss was noticed for hearing on Friday, September 29, 2023.

On August 23, 2023, Defendants filed an administrative motion to shorten the time for hearing on Defendants' motion to dismiss, requesting that the hearing on Plaintiffs' motion for preliminary injunction be held on September 15, 2023 and the hearing for Defendants' motion to dismiss be concurrently held on September 15, 2023. (Doc. 18.) Defendants further requested shortening Defendants' time for reply on their motion to dismiss to September 12, 2023. (*Id.*) Plaintiffs then filed a statement of non-opposition, noting that they consented to postponing the hearing on their motion for preliminary injunction by one week and did not oppose Defendants' request to shorten time on their reply regarding the motion to dismiss. (Doc. 21 at 2.)

Given the similarity of issues between the motions and the parties' requests, the Court finds it would promote judicial economy to hold a hearing on both motions concurrently. Based upon the foregoing and good cause appearing, Defendants' motion to shorten time (Doc. 18) is GRANTED IN PART. It is HEREBY ORDERED that:

1. The hearing on Plaintiffs' motion for preliminary injunction that is currently scheduled for September 8, 2023, is **continued to Friday, September 22, 2023, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

2. The hearing on Defendants' motion to dismiss, currently scheduled for September 29, 2023, is **reset for Friday, September 22, 2023, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

3. Oral argument shall be held remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the hearing. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

4. Any party may request to appear in-person for the hearing by filing a notice requesting such in-person appearance, not later than September 15, 2023. Such request will be automatically granted.

5. Defendants' reply to the Plaintiffs' opposition to the motion to dismiss, if any, is due on September 12, 2023.

IT IS SO ORDERED.

Dated: **August 30, 2023**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE