Patrick M. Rosvall (SBN 217468)
Sarah J. Banola (SBN 223812)
**BRB LAW LLP**
436 14th Street, Suite 1205
Oakland, CA 94612
Tel.:   (415) 518-4813
Email: patrick@brblawgroup.com
          sarah@brblawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| SIERRA TELEPHONE COMPANY, INC. & SIERRA TEL INTERNET,<br><br>Plaintiffs,<br><br>v.<br><br>ALICE B. REYNOLDS, et al.,<br><br>Defendants. | No. 1:23-cv-01143-BAM<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUANCE OF SCHEDULING CONFERENCE AND JOINT SCHEDULING REPORT**<br><br>**Hearing Date:** December 20, 2023<br>**Time:** 9:30 a.m.<br>**Courtroom:** 8<br><br>**Hon. Barbara A. McAuliffe** |

Based on the Stipulation to Continuance of Scheduling Conference and Joint Scheduling Report submitted jointly by the Parties on October 24, 2023, and for good cause shown, IT IS HEREBY ORDERED THAT:

The Scheduling Conference currently set for November 8, 2023, is hereby CONTINUED to **December 20, 2023, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall submit a Joint Scheduling Report one week prior to the Scheduling Conference. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **October 25, 2023**          /s/ *Barbara A. McAuliffe*       _
                                        UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUANCE OF SCHEDULING CONFERENCE
AND JOINT SCHEDULING REPORT
1:23-cv-01143-BAM